## UNITED STATES of America Plaintiff-Appellee

v.

## Douglas A. PACKETT, also known as Peckerwood Defendant-Appellant

## United States of America Plaintiff-Appellee

v.

## Douglas A. Packett Defendant-Appellant

## No. 17-3089, No. 17-3382

United States Court of Appeals, Eighth Circuit.

Submitted: February 13, 2018

Filed: February 27, 2018

Donald James Kleine, U.S. Attorney's Office, Omaha, NE, for Plaintiff-Appellee

Douglas A. Packett, Pro Se

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.

## PER CURIAM.

In these consolidated appeals, Douglas Packett directly appeals the concurrent within-Guidelines-range sentences the district court[1] imposed upon revoking his supervised release in the underlying cases. His counsel has moved for leave to withdraw, and has filed a brief asserting that the sentences are substantively unreasonable.

Reviewing Packett's revocation sentences for an abuse of discretion, see United States v. Growden, 663 F.3d 982, 984 (8th Cir. 2011) (per curiam) (standard of review), we conclude that the sentences are not unreasonable, as both the prison terms and the supervised-release term are within the statutory limits, and the prison terms are within the applicable advisory Guidelines range, see United States v. Petreikis, 551 F.3d 822, 824 (8th Cir. 2009) (applying presumption of substantive reasonableness to revocation sentence within Guidelines range). We affirm the judgments, and we grant counsel leave to withdraw.

---

1. The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.